UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TOLIVER MICHAEL BRAGG, JR.,

      Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:17-cr-00109

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on October 26, 2017, after receiving the written consent of defendant and all counsel.  There is no written plea agreement.  The agreement is oral.  The parties agree that in exchange for defendant's guilty plea to Counts 6 and 7 of the Indictment, the government will move to dismiss the remaining Counts of the Indictment at sentencing and if eligible, will ask for the third-level reduction.  At the hearing, defendant Toliver Michael Bragg, Jr. entered a plea of guilty to Counts 6 and 7 of the Indictment.   In Count 6 of the Indictment, defendant is charged with possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C); in Count 7 of the Indictment, defendant is charged with possession of a firearm in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c)(1)(A)(i). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with

full understanding of each of the rights waived by defendant; that it is made

voluntarily and free from any force, threats, or promises; that the defendant

understands the nature of the charge and penalties provided by law; and that the

plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 6 and 7 of

the Indictment be accepted, and that the court adjudicate defendant guilty.

Acceptance of the plea, adjudication of guilt, and imposition of sentence are

specifically reserved for the district judge.


Date: October 27, 2017                          _/s/ Phillip J. Green_____
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district
judge.  Any application for review must be in writing, must specify the portions of
the findings or proceedings objected to, and must be filed and served no later
than14 days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).